| | |
|---|---|
| Jonathon J. Herzog, Bar No. 162339<br>WESTON HERZOG LLP<br>500 N. Central Avenue, Suite 650<br>Glendale, California 91203<br>Telephone: (818) 755-8555<br>Facsimile: (818) 755-8542 | MATTHEW R. GROVES, admitted *Pro Hac Vice*<br>WENDY SHI, admitted *Pro Hac Vice*<br>MESSNER & REEVES, LLC<br>Attorneys at Law<br>1430 Wynkoop Street, Suite 400<br>Denver, CO 80202<br>Telephone: (303) 623-1800<br>Facsimile: (303) 623-0552 |

Attorneys for Plaintiff, NANJING HUASHUN WHEELS CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANJING HUASHUN WHEELS CO., LTD.,<br><br>                        Plaintiff,<br><br>v.<br><br>ECO WHEEL CORPORATION, et al.,<br><br>                        Defendants. | CASE NO. CV08-996 MMM (SSx)<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>HONORABLE MARGARET M. MORROW,<br>COURTROOM 780<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

This matter having come before the Court on the fully executed Stipulation for Dismissal without Prejudice, and the Court having been otherwise advised in the premises,

**HEREBY ORDERS:** all claims that were or could have been asserted by Plaintiff or Defendants in the above-captioned cause of action shall be dismissed without prejudice, each party to pay its own costs and attorneys' fees.

Entered this 21st day of April, 2008.

BY THE COURT:

*Margaret M. Morrow*
United States District Court Judge